UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>              Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>              Respondents. | 1:04-cv-05134-REC-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION<br>FOR CONTINUANCE (Doc. 32) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 25, 2005, the Court issued an order to show cause why the petition should not be dismissed for failure to exhaust state court remedies. (Doc. 31). Petitioner was given until May 31, 2005, to either file an amended petition that addressed the Court's concerns regarding exhaustion, or to provide a response that indicates when and where Petitioner exhausted each of his claims in the instant petition. (Id. at p. 4).

    On May 20, 2005, Petitioner filed a motion for continuance, which the Court construes as a motion for an extension of time. (Doc. 32). Petitioner alleges that he needs an additional sixty days to respond to the order to show cause; although Petitioner's reasons for needing the additional time

are not clearly stated, it appears that he is facing time constraints due to the press of other cases he has filed.  Because Petitioner has not clearly stated grounds that justify a sixty-day extension, the Court will grant a thirty-day extension within which Petitioner must respond to the order to show cause.

Accordingly, GOOD CAUSE appearing therefore, the Court HEREBY GRANTS in part Petitioner's Motion for Continuance.  (Doc. 32).  Petitioner is granted thirty days from the date of service of this order to file his response to the order to show cause.

IT IS SO ORDERED.

**Dated:   June 16, 2005**                        **/s/ Theresa A. Goldner**
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE