UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | 1:04-CV-05134-OWW-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE<br>(Doc. 34) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 8, 2005, petitioner filed a motion for a "continuance" (Doc. 34), which the Court construes as a motion for extension of time to file a response to the Court's order to show cause dated April 25, 2005. (Doc. 31).

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED that Petitioner's motion for an extension of time (Doc. 34), is GRANTED.  Petitioner has thirty (30) days from the date of service of this order within which to file a response to the court's order to show cause of April 25, 2005.

IT IS SO ORDERED.

**Dated:   October 24, 2005**           /s/ Theresa A. Goldner
j6eb3d                                                UNITED STATES MAGISTRATE JUDGE