# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAY BROWN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>　　　　　　　Respondents. | 1:04-cv-05134-LJO-TAG HC<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION (Doc. 41)<br><br>ORDER DISMISSING PETITION FOR WRIT<br>OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT<br>TO ENTER JUDGMENT |

　　　　On August 19, 2003, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

　　　　On February 12, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute. (Doc. 41). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The Report and Recommendation, filed February 12, 2007 (Doc. 41), is

ADOPTED IN FULL;

2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 5, 2007**                             /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE